IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00991-PSF-BNB

CENTURA HEALTH, a Colorado non-profit corporation,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,
ROBERTA L. DAWE, individually and as the mother, natural guardian and next friend of
HECTOR T. VENEGAS, a minor,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Unopposed Motion to Vacate the June 8 [sic], 2006** [docket no. 4, filed July 25, 2006] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for **August 9, 2006**, is VACATED.

IT IS FUTHER ORDERED that the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **August 9, 2006**, or a status report addressing why dismissal has not been accomplished.

DATED:  July 26, 2006