IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00991-PSF-BNB

CENTURA HEALTH, a Colorado non-profit corporation,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation; ROBERTA L. DAWE, individually and as the mother, natural guardian and next friend of HECTOR T. VENEGAS, a minor,

    Defendants.

## ORDER GRANTING MOTION FOR DISMISSAL

Plaintiff's Unopposed Motion to Dismiss With Prejudice (Dkt. # 12) is GRANTED. It is hereby

ORDERED that this action is DISMISSED WITH PREJUDICE, each party to bear its own costs and attorneys' fees.

DATED: September 18, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge